STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Chaz H. Roberts
Attorney at Law
112 Oil Center Dr., Suite 113
Lafayette LA 70503

**REHEARING ACTION: April 18, 2012**

**Docket Number: 11   01303-CA**

**MOTHER OF EDEN, LLC
VERSUS
CHRIS THOMAS**

**Appealed from Lafayette Parish Case No. C-20107774**

**BEFORE JUDGES:**

**Hon. Ulysses Gene Thibodeaux
Hon. Sylvia R. Cooks
Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Chris Thomas** has this day been

**DENIED.**
Thibodeaux, J., would grant rehearing.

cc: R. Michael Moity  Jr., Counsel for the Appellant